IN RE Eckland, Ronald D _____ Case No. 11-42350
                              Debtor(s)                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 10 26th Street, B-3, Atlanta, GA 30309 | Fee Simple | | 40,000.00 | 93,097.54 |
| 101 Mcleod Farm Road, Cumming GA, 30040 | Fee Simple | J | 275,000.00 | 378,483.64 |
| 1740 Corsica Drive, Wellington, FL 33414 1/2 Interest | Fee Simple | J | 218,000.00 | 109,024.00 |
| 20 26th Street, D-1, Atlanta, GA 30309 | Fee Simple | | 40,000.00 | 183,500.00 |
| 2290 Winthrope Chase Way, Alpharetta, GA 30004 | Fee Simple | J | 175,000.00 | 256,321.16 |
| 2362 River Ridge Road, Martin, GA, 30557 | Fee Simple | | 300,000.00 | 260,311.00 |
| 28 McCleod Farm Road, Dawsonville, GA 30534 | Fee Simple | J | 80,000.00 | 121,991.79 |
| 34 NE Finch Trail, Atlanta, GA, 30308 foreclosed in October 2011 | Fee Simple | | 70,000.00 | 98,700.00 |
| 4205 Fairfax Drive, Cumming GA, 30028 | Fee Simple | | 155,000.00 | 157,000.00 |
| 5955 Matt Highway, Cumming, GA, 30028 | Fee Simple | | 234,000.00 | 337,000.00 |
| 6835 Matt Highway, Cumming, GA, 30028 (House plus 10 acres) Debtor has no ownership interest in this property | Fee Simple | | 958,300.00 | 2,313,981.61 |
| 6835 Matt Highway, Cumming, GA, 30028 (Land only) | Fee Simple | | 75,000.00 | 0.00 |

TOTAL | 2,620,300.00

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Eckland, Ronald D**                                                                                                   Case No. __11-42350__
                       Debtor(s)                                                                                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☑ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** 1740 Corsica Drive, Wellington, FL 33414 1/2 Interest | Art. X, §4(a)(1), FSA §§ 222.01, 222.02 | 218,000.00 | 218,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** Cash | Art X § 4(a)(2) | 10.00 | 10.00 |
| FNBO Checking and Savings | Art X § 4(a)(2) | 40.00 | 40.00 |
| Nebraska Energy Credit Union | Art X § 4(a)(2) | 40.00 | 100.00 |
| 2 dining room table 15 yrs, living room couch 6yrs, end table 10 years, armoire 6 yrs, bed and fram 6 yrs, lamps 8 yrs, bar stools 12 yrs, 2 night stand 6 yrs, 2 patio table 6 yrs, 1 televesision 6 yrs, dvd player 6 yrs, computer, full size bed 10 yrs, | Art X § 4(a)(2) | 800.00 | 800.00 |
| 10 pictures 15 yrs old | Art X § 4(a)(2) | 10.00 | 10.00 |
| Guardian Annuity | FSA § 222.21(1) | 13,000.00 | 13,000.00 |
| IRA Morgan Stanley | FSA § 222.21(1) | 3,000.00 | 3,000.00 |
| 2001 Ford F350 with 202k miles | FSA § 222.25(1) | 1,000.00 | 2,000.00 |

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Eckland, Ronald D** _____     Case No. **11-42350** _____
                    Debtor(s)                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **057453721** <br> **Bank Of America** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | | | Mortgage <br><br> VALUE $ **275,000.00** | | | | 333,599.57 | 103,483.64 |
| ACCOUNT NO. **13759319** <br> **Bank Of America** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | | J | Mortgage <br><br> VALUE $ **175,000.00** | | | | 114,512.78 | 40,262.78 |
| ACCOUNT NO. **022330391** <br> **Bank Of America** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | | J | Mortgage <br><br> VALUE $ **175,000.00** | | | | 41,058.38 | 41,058.38 |
| ACCOUNT NO. **184850284** <br> **Bank Of America** <br> **PO Box 650070** <br> **Dallas, TX 75265** | | | Mortgage <br><br> VALUE $ **300,000.00** | | | | 175,000.00 | |

___3___ continuation sheets attached

Subtotal (Total of this page) $ **664,170.73**   $ **184,804.80**

Total (Use only on last page) $            $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Eckland, Ronald D**                                    Case No. **11-42350**
_____              _____
                    Debtor(s)                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 079980110<br>Bank Of America<br>PO Box 650070<br>Dallas, TX  75265 | | | Mortgage<br><br>VALUE $ 155,000.00 | | | | 157,000.00 | 2,000.00 |
| ACCOUNT NO. 103154886<br>Bank Of America<br>PO Box 5170<br>Simi Valley, CA  93062 | X | | Mortgage / Equity Line<br><br>VALUE $ 958,300.00 | | | | 520,000.00 | 520,000.00 |
| ACCOUNT NO. 0644883822-4<br>Citi Mortgage<br>PO Box 183040<br>Columbus, OH  43218 | X | J | Mortgage<br><br>VALUE $ 80,000.00 | | | | 71,771.79 | 41,991.79 |
| ACCOUNT NO. 2005695321-7<br>Citi Mortgage<br>PO Box 6006<br>The Lakes, NV  88901 | | | Mortgage<br><br>VALUE $ 40,000.00 | | | | 93,097.54 | 53,097.54 |
| ACCOUNT NO. 1119975602-1<br>Citi Mortgage<br>PO Box 183040<br>Columbus, OH  43218 | | | Mortgage<br><br>VALUE $ 234,000.00 | | | | 337,000.00 | 103,000.00 |
| ACCOUNT NO.<br>Forsberg Lien Interest<br>C/O Stone & Munger<br>999 Peachtree Street NE, Suite #2850<br>Atlanta, GA  30309 | | | Lien 11/17/11 on 1740 COrsica Drive, Wellington, FL<br><br>VALUE $ 218,000.00 | | | | 109,024.00 | |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,287,893.33**  $ **720,089.33**

Total (Use only on last page) $           $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Eckland, Ronald D** _____        Case No. **11-42350** _____
                          Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Forsberg Lien Interest<br>C/O Stone & Munger<br>999 Peachtree Street NE, Suite #2850<br>Atlanta, GA 30309 | | | 11/17/11 - Lien Interest<br>6835 Matt Highway, Cumings, GA 30028<br><br>VALUE $ 958,300.00 | | | | 99,840.00 | |
| ACCOUNT NO.<br>Forsberg Lien Interest<br>C/O Stone & Munger<br>999 Peachtree Street NE, Suite #2850<br>Atlanta, GA 30309 | | | 11/17/11 Lien Interest<br>2362 River Ridge Rd<br>Martin, GA 30557<br><br>VALUE $ 300,000.00 | | | | 85,311.00 | |
| ACCOUNT NO.<br>Forsberg Lien Interest<br>C/O Stone & Munger<br>999 Peachtree Street NE, Suite #2850<br>Atlanta, GA 30309 | | | 11/17/11 - Lien Interest<br>28 McCleod Farm Rd<br>Dawsonville, GA 30534<br><br>VALUE $ 80,000.00 | | | | 50,220.00 | |
| ACCOUNT NO.<br>Forsberg Lien Interest<br>C/O Stone & Munger<br>999 Peachtree Street NE, Suite #2850<br>Atlanta, GA 30309 | | | 11/17/11 Lien Interest<br>2290 Wintrhope Way Drive<br>Alpharetta, GA 30004<br><br>VALUE $ 175,000.00 | | | | 100,750.00 | |
| ACCOUNT NO. 8307024044<br>GMAC Mortgage<br>P.O. Box 4622<br>Waterloo, IA 50704 | X | J | Mortgage<br><br>VALUE $ 275,000.00 | | | | 44,884.07 | |
| ACCOUNT NO. 4386-5790-1029-1473<br>Wachovia Bank NA<br>PO Box 96074<br>Charlotte, NC 28296 | X | | Mortgage / Equity Line<br><br>VALUE $ 958,300.00 | | | | 244,141.61 | 244,141.61 |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **625,146.68**   $ **244,141.61**

Total (Use only on last page) $            $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Eckland, Ronald D** _____    Case No. **11-42350** _____
                          Debtor(s)                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0153016886<br>Wells Fargo Bank, NA<br>PO Box 10335<br>Des Moines, IA  50306 | X | | Mortgage<br><br>VALUE $ 958,300.00 | | | | 1,450,000.00 | 591,540.00 |
| ACCOUNT NO. 4386-5405-4021-1332<br>Wells Fargo Equity<br>PO Box 96074<br>Charlotte, NC  28296 | | | Equity Line<br><br>VALUE $ 40,000.00 | | | | 90,500.00 | 50,500.00 |
| ACCOUNT NO. 0209106889<br>Wells Fargo Home Mortgage<br>PO Box 660455<br>Dallas, TX  75266 | | | Mortgage<br><br>VALUE $ 40,000.00 | | | | 93,000.00 | 93,000.00 |
| ACCOUNT NO. 0207310517<br>Wells Fargo Home Mortgage<br>PO Box 660455<br>Dallas, TX  75266 | | | Mortgage<br><br>VALUE $ 70,000.00 | | | | 98,700.00 | 28,700.00 |
| ACCOUNT NO.<br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br> | | | <br>VALUE $ | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,732,200.00** | $ **763,740.00**

Total (Use only on last page) $ **4,309,410.74** | $ **1,912,775.74**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Eckland, Ronald D**
_____
Debtor(s)

Case No. **11-42350**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **10B3** <br> **26th Street Condominium Association, Inc** <br> **1401 Peachtree St, NE, Suite 430** <br> **Atlanta, GA 30309** | | | | | | | **2,701.85** |
| ACCOUNT NO. **20D1** <br> **26th Street Condominium ASsociation, Inc** <br> **1401 Peachtree St, NE, Suite 430** <br> **Atlanta, GA 30309** | | | | | | | **2,647.85** |
| ACCOUNT NO. **528573-0001** <br> **Advanced Disposal** <br> **PO Box 439,** <br> **Atlanta, GA 30028** | | | open account | | | | **200.00** |
| ACCOUNT NO. **77020595336670624** <br> **AT&T** | | | | | | | **109.45** |

___4___ continuation sheets attached

Subtotal (Total of this page) $ **5,659.15**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 549099299752XXXX<br>Bank Of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | | | | | 16,480.00 |
| ACCOUNT NO. 5474-8799-9008-7127<br>Bank Of America<br>PO Box 15710<br>Wilmington, DE 19886 | | | credit card | | | | 8,500.00 |
| ACCOUNT NO. H69035806<br>BlueCross BlueShield Of Florida<br>PO Box 660295<br>Dallas, TX 75266-0295 | | | | | | | 260.00 |
| ACCOUNT NO. 22011<br>Botanical Oasis<br>15400 Orange Blvd<br>Loxahatchee, FL 33470 | | | | | | | 620.00 |
| ACCOUNT NO. 4802-1370-7490-3784<br>Capital One Bank USA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | | | | | | | 6,667.00 |
| ACCOUNT NO. 4802-1326-4429-1554<br>Capital One Bank USA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | | | | | | | 8,482.99 |
| ACCOUNT NO. 199092<br>Carlock, Copeland & Stair, LLP<br>2600 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, GA 30303-1235 | | | | | | | 14,255.89 |

Sheet no. __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 55,265.88

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5149-2253-3002-5309 <br> Chase Card Services <br> PO Box 15298 <br> Wilmington, DE 19850 | | | | | | | 20,124.00 |
| ACCOUNT NO. 470012 <br> City Of Toccoa | | | | | | | 108.53 |
| ACCOUNT NO. 01641476602-04-3 <br> Comcast <br> 1401 Northpoint Parkway <br> West Palm Beach, FL 33407 | | | | | | | 317.00 |
| ACCOUNT NO. 8255909636330117 <br> Dish Network <br> PO Box 105169 <br> Atlanta, GA 30348 | | | | | | | 136.06 |
| ACCOUNT NO. 5786651595 <br> Florida Power Light Company | | | | | | | 355.00 |
| ACCOUNT NO. 142 004 <br> Forsyth County Tax Commissioner <br> 1092 Tribble Gap Rd <br> Cumming, GA 30040-2236 | X | | | | | | 50,760.45 |
| ACCOUNT NO. 0001330201 <br> Forsyth County Water Dept <br> PO Box 100003 <br> Cumming, GA 30028 | | | Water Lien | | | | 450.00 |

Sheet no. __2__ of __4__ continuation sheets attached to    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims    (Total of this page) $ 72,251.04

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

Case 11-42350-EPK    Doc 24    Filed 12/29/11    Page 10 of 12

IN RE Eckland, Ronald D
Debtor(s)

Case No. 11-42350
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11088184 <br> **Georgia Department Of Revenue** <br> **Taxpayer Service Division** <br> PO Box 105499 <br> Atlanta, GA 30348-5499 | | | | | | | 8,000.01 |
| ACCOUNT NO. 003024876-3043702 <br> **Georgia Natural Gas** <br> PO Box 105445 <br> Atlanta, GA 30348-5445 | | | | | | | 1,247.50 |
| ACCOUNT NO. 3596588 <br> **Guardian** <br> PO Box 6011 <br> Carol Stream, IL 60197 | | | Policy Loan | | | | 55,000.00 |
| ACCOUNT NO. <br> **Haddon Hall Homeowners Association** <br> **Southern Property Management** <br> PO Box 419 <br> Oakwood, GA 30566 | | | Association Dues | | | | 5,230.00 |
| ACCOUNT NO. 69B <br> **Lakefield West HOA Inc** <br> C/O G.R.S. Management Associates, Inc. <br> 3900 Woodlake Blvd, #309 <br> Lake Worth, FL 33463 | | | | | | | 795.00 |
| ACCOUNT NO. Judgment <br> **MMunger & Stone** <br> C/O EVANGELINA FORSBERG <br> 999 Peachtree St NE <br> Atlanta, GA 30309 | | | Court Registry Deposit | | | | 800,000.00 |
| ACCOUNT NO. 1508 <br> **Pelican Pool Service** <br> 11924 W. Forest Hill Blvd. Suite 22-292 <br> Wellington, FL 33414 | | | | | | | 75.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 870,347.51

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2089232007<br>Sawnee EMC<br>543 Atlanta Highway<br>Cumming, GA  30040-2701 | | | | | | | 247.63 |
| ACCOUNT NO. 238697628<br>Sprint | | | | | | | 66.73 |
| ACCOUNT NO. 199563<br>University Of Florida<br>Veterinary Medical Center<br>PO Box 100121<br>Gainesville, FL  32610-0121 | | | | | | | 212.00 |
| ACCOUNT NO. 1009446617<br>Vonage<br>17448 Hwy 3<br>Webster, TX  77598 | | | Phone Bill | | | | 45.00 |
| ACCOUNT NO. 1010253825500<br>Wells Fargo Bank, N.A.<br>PO Box P6053-021<br>Portland, OR  97208-5058 | | | | | | | 274.54 |
| ACCOUNT NO. 68168123668271332<br>Wells Fargo Home Equity<br>PO Box 31557<br>Billings, MT  59107 | | | | | | | 89,694.00 |
| ACCOUNT NO. 38046<br>Winthrope Homeowners Association, Inc.<br>Community One Associates<br>1235 Old Alpharetta Rd. Suite 100<br>Alpharetta, GA  30009 | | | | | | | 833.56 |

Sheet no. __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  91,373.46

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ 1,094,897.04

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eckland, Ronald D                                          Case No. 11-42350
_____                                  _____
            Debtor(s)                                                (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James L. Pefanis** | **GMAC Mortgage**<br>P.O. Box 4622<br>Waterloo, IA  50704<br><br>**Citi Mortgage**<br>PO Box 183040<br>Columbus, OH  43218<br><br>**Wells Fargo Bank, NA**<br>PO Box 10335<br>Des Moines, IA  50306<br><br>**Wachovia Bank NA**<br>PO Box 96074<br>Charlotte, NC  28296<br><br>**Bank Of America**<br>PO Box 5170<br>Simi Valley, CA  93062 |
| **Twenty Six Properties LLC**<br>5955 Matt Hwy<br>Cumming, GA  30041 | **Forsyth County Tax Commissioner**<br>1092 Tribble Gap Rd<br>Cumming, GA  30040-2236 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only